NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM SIZEMORE, | ) | JF<br>No. C 05-5182 ~~RMW~~ (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION |
| vs. | ) ) | FOR EXTENSION OF TIME<br>TO FILE TRAVERSE |
| A.P. KANE, Warden, et al, | ) ) ) | |
| Respondents. | ) ) | (Docket No. 5) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the Board of Prison Terms' ("Board") failure to grant him parole. The Court ordered Respondent to show cause as to why the petition should not be granted. Respondent filed an answer addressing the merits of the petition. On November 21, 2006, Petitioner filed a motion for extension of time to file a traverse. The Court concludes that Petitioner has shown good cause for such extension. Petitioner's motion for extension of time to file his traverse (docket no. 5) is GRANTED. Petitioner shall file his traverse, and serve a copy on Respondent, **within thirty days** of the date of this order.

\\\

1   Petitioner is reminded that all communications with the Court must be served on
2  Respondent by mailing a true copy of the document to Respondent's counsel.  Petitioner
3  must keep the Court and all parties informed of any change of address by filing a separate
4  paper captioned "Notice of Change of Address."  He must comply with the Court's orders
5  in a timely fashion.  Failure to do so may result in the dismissal of this action for failure
6  to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

7   IT IS SO ORDERED.
8  DATED: 12/8/06

   _____
   JEREMY FOGEL
9  United States District Judge

1 | A copy of this ruling was mailed to the following:

William Sizemore
C-89029
CTF - Soledad
P.O. Box 689
Soledad, CA  93960-0689

Jessica N. Blonien
CA Attorney General's Office
1300 I Street, Suite 125
P.O. Box  944255
Sacramento, CA  94244-2550

Order Granting Motion for Extension of Time to File Traverse
P:\pro-se\sj.jf\hc.05\Sizemore182ext          3